JOHN A. GARCIA
ATTORNEY AT LAW
State Bar No.109192
655 W. 19TH Street
Merced, Ca 95340
(209)723-2170/ (209) 723-3751

Attorney for Defendant
ERICK GUIZAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-CR-00025-OWW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE AND CONTINUING CASE |
| ) | |
| ERICK GUIZAR, ) | DATE: November 23, 2009 |
| ) | TIME: 9:00a.m. |
| Defendant. ) | Judge: HON. OLIVER W. WANGER |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney KEVIN ROONEY, Counsel for Plaintiff, Attorney John A. Garcia, Counsel for Defendant Erick Guizar, that the SENTENCING HEARING date scheduled for November 23, 2009, be vacated and the SENTENCING HEARING be continued to this court's calendar on January 18, 2010 at 9:00 a.m. This continuance is requested so that the counsel for the defendant can be present due being out of state.

The court is advised that counsel have conferred about this request, that they have agreed to January 18, 2010 date and that Mr. Rooney has authorized John A. Garcia to sign this stipulation on his behalf.

**IT IS SO STIPULATED**

DATED: October 14, 2009               /s/ John A. Garcia
                                       JOHN A. GARCIA

1

PDF created with pdfFactory trial version www.pdffactory.com

                                      Attorney for Defendant
                                      VICTOR BUITRON LOPEZ

Dated: October 14, 2009                        /s/Kevin Rooney
                                      KEVIN ROONEY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 15, 2009                       _/s/ OLIVER W. WANGER_____
                                      OLIVER W. WANGER
                                      United States Judge

PDF created with pdfFactory trial version www.pdffactory.com