RICHARD A. ERTOLA
Chief U.S. Probation Officer
501 "I" Street, Suite 2-500
Sacramento, California 95814
(916) 930-4300

TERENCE E. SHERBONDY
Deputy Chief U.S. Probation Officer
501 "I" Street, Suite 2-500
Sacramento, California 95814
(916) 930-4300

RICK C. LOUVIERE
Asst. Deputy Chief U.S. Probation Officer
2500 Tulare Street, Suite 3401
Fresno, California 93721
(559) 499-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

REPLY TO:

(Headquarters)
501 "I" Street, Suite 2-500
Sacramento, California 95814
Tel: (916) 930-4300
Fax: (916) 930-4380



Visit our website at
www.caep.uscourts.gov

January 23, 2012

**FILED**

FEB 03 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

**Re:  Erick Mendoza GUIZAR**
**Docket No: 1:08CR00025-03 OWW**
**PERMISSION TO TRAVEL OUTSIDE THE**
**COUNTRY AND RETURN OF PASSPORT**

Your Honor:

The supervised releasee is requesting permission to travel to Coalcoman, Mexico in order to visit his dying grandfather. His passport is currently in the possession of the United States Clerks Office in Fresno, California. The offender has maintained compliance with all of his supervision obligations, and the probation officer recommends the request to travel be granted as well as the return of his passport.

**Conviction and Sentencing Date:** On January 19, 2010, the offender was sentenced for a violation of 21 USC 843(b) - Use of a Communication Facility to Facilitate a Drug Offense (CLASS E FELONY).

**Sentence Imposed:** 48 months imprisonment; 12 months supervised release; $100 Special assessment. **Special Conditions:** Warrantless search.

**Dates and Mode of Travel:** Date pending (no more than 7 days); travel by air

**Purpose:** Mr. Guizar is requesting the Court to allow him to travel to Coalcoman, Mexico to visit his grandfather, who is dying of cancer. Since his release from custody on July 2, 2011, Mr. Guizar he has maintained full-time employment, has had no known contact with law enforcement, and has complied with his conditions of supervised release. Mr. Guizar has paid his special assessment and has no unfulfilled special conditions.

Anthony W. Iishi  
January 23, 2012  
Page 2

Re: **GUIZAR, Erick Mendoz**  
Docket Number: 1:08CR00025-03 OWW

His passport is presently in the custody of the United States Clerk's office, and it is requested it passport be released to Mr. Guizar, if the Court approves his request to travel. Mr. Guizar has agreed to demonstrate his travel itinerary to the probation officer, once established.

Respectfully submitted,

PHILIP Y. MIZUTANI  
United States Probation Officer

DATED: January 23, 2012  
Sacramento, California  
PYM/sg

REVIEWED BY: _____  
MICHAEL A. SIPE  
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved ✓        Disapproved _____

2-3-12  
Date

ANTHONY W. ISHII  
Chief United States District Judge

*Public safety and the fair administration of justice through professional and progressive interventions.*